**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARMANDO DIAZ ) | Case No.: 13-CV-04915-LHK |
| ) | |
| Plaintiff, ) | ORDER REQUESTING RESPONSE ON |
| v. ) | DATE OF TRUSTEE'S SALE BY 5 P.M. |
| ) | |
| WELLS FARGO BANK, N.A.; CAL- ) | |
| WESTERN RECONVEYANCE CORP.; and ) | |
| Does 1 through 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff has filed an Application for a Temporary Restraining Order in this foreclosure case. Plaintiff states that the trustee's sale on his home is scheduled for November 26, 2013, at 10 a.m. ECF No. 18 at 3. Defendants state that the trustee's sale on Plaintiff's home is scheduled for December 10, 2013. ECF No. 22 at 2. Neither party has provided any citation for the date of the trustee's sale. The Court ORDERS the parties to file a response stating the date of the trustee's sale. The parties shall attach any supporting documentation that will provide the Court clarity on this point. The responses shall be filed by no later than 5 p.m. on November 25, 2013.

**IT IS SO ORDERED.**

Dated: November 25, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04915-LHK
ORDER REQUESTING RESPONSE ON DATE OF TRUSTEE'S SALE BY 5 P.M.