UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARMANDO DIAZ<br><br>    Plaintiff,<br> v.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORP.; and Does 1 through 20,<br><br>    Defendants. | Case No.: 13-CV-04915-LHK<br><br>ORDER REFERRING CASE TO JUDGE SEEBORG FOR CONSIDERATION OF RELATED CASE STATUS |

Pursuant to Civil Local Rule 3-12(c), the undersigned refers the above-entitled action to Judge Richard Seeborg for a determination as to whether this case is related to *In re: Wachovia Corp. "Pick-A-Payment" Mortgage Marketing and Sales Practices Litig.*, Case No. 3:09-md-02015-RS, a case pending before Judge Seeborg. The undersigned notes that the parties in the above-entitled case are contesting whether there is federal subject-matter jurisdiction. ECF Nos. 1, 16. One of the principal disputes is whether Plaintiff's contention that Defendants violated their obligations under the *Wachovia* settlement confers federal subject-matter jurisdiction. *Compare* ECF No. 1 at 3-6 (contending that the dispute regarding the settlement agreement confers jurisdiction) *with* ECF No. 16 at 10 (contending the opposite).

**IT IS SO ORDERED.**

Dated: November 26, 2013

                *Lucy H. Koh*
                LUCY H. KOH
                United States District Judge